IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | |
|---|---|
| JOHN THORNBURG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: _____ |
| vs. ) | |
| ) | |
| STERLING INFOSYSTEMS, INC., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF REMOVAL

Defendant Sterling Infosystems, Inc. ("Sterling"), pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, hereby gives notice of the removal of this civil action from the Circuit Court of Clinton County, Missouri (43rd Judicial Circuit) to the U.S. District Court for the Western District of Missouri, St. Joseph Division. In support of its Notice of Removal, Sterling states:

1. Plaintiff John Thornburg ("Plaintiff") filed a Petition against Sterling in the Circuit Court of Clinton County, Missouri (43rd Judicial Circuit) on March 17, 2017, captioned *John Thornburg v. Sterling Infosystems, Inc.*, Case No. 17CN-CV00159 (the "State Court Action"). By the Petition (attached as Exhibit A), Plaintiff asserts claims under the federal Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq.* (the "FCRA").

2. Plaintiff served Sterling with the Summons for Personal Service Outside the State of Missouri ("Summons") and Petition on March 20, 2017. *See* Ex. A. This Notice of Removal is timely because it is being filed within 30 days of the date that Plaintiff served Sterling with the Summons and Petition (i.e., by April 19, 2017). *See* 28 U.S.C. § 1446(b)(1).

3. Venue is proper because the U.S. District Court for the Western District of Missouri, St. Joseph Division is the U.S. District Court for the district and division embracing

the location where the State Court Action was pending.  *See* 28 U.S.C. § 1441(a); *see also* Local Rule 3.2.

4. The U.S. District Court for the Western District of Missouri, St. Joseph Division, has original federal question jurisdiction over this matter pursuant to 28 U.S.C. § 1331, because the claim alleged in the Petition arises under the FCRA – a federal statute.  *See* Pet. ¶¶ 38-48.  Further, the FCRA itself provides for federal jurisdiction.  *See* 15 U.S.C. § 1681p.

5. Sterling is the only defendant in this lawsuit.  Therefore, the only defendant consents and joins in this removal.  *See* 28 U.S.C. § 1446(b)(2)(A).

6. Sterling has complied with the requirements for removal in 28 U.S.C. § 1446:

   (a) All process, pleadings, and orders served on Sterling to date are attached as Exhibit A.  *See* 28 U.S.C. § 1446(a).

   (b) Sterling files this Notice of Removal within 30 days of the service of the Summons and Petition.  *See* 28 U.S.C. § 1446(b)(1).

   (c) Sterling will concurrently provide this Notice of Removal to Plaintiff, through his counsel, Charles Jason Brown and Jayson A. Watkins, Brown & Watkins LLC, 301 S. US 169 Hwy, Gower, Missouri  64454, and the Circuit Court of Clinton County, Missouri before which the State Court Action was pending.  *See* 28 U.S.C. § 1446(d).  A copy of the Notice to Plaintiff of Notice of Removal is attached as Exhibit B.

   (d) Sterling will also file a copy of this Notice to Plaintiff of Notice of Removal in the State Court Action.  *See* 28 U.S.C. § 1446(d).

7. Sterling is also concurrently filing a Civil Cover Sheet and Disclosure of Corporate Interests.

Dated: April 19, 2017

Respectfully submitted,

*/s/ Adam T. Suroff*
Adam T. Suroff (#51355)
Jennifer J. Eng (#63805)
Polsinelli PC
900 W. 48th Place, Suite 900
Kansas City, MO  64112
(T)  816-360-4138
(F)  816-753-1536
asuroff@polsinelli.com
jeng@polsinelli.com
Attorneys for Defendant Sterling Infosystems, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document was filed electronically with the Clerk of the Court, with notice of case activity to be generated and sent electronically by the Clerk of said court this 19th day of April, 2017, to all counsel of record.  Further, I hereby certify that I have served the above and foregoing, via United States Mail, postage prepaid, upon the below:

Charles Jason Brown
Jayson A. Watkins
Brown & Watkins LLC
301 S. US 169 Hwy
Gower, Missouri  64454


*/s/ Adam T. Suroff*